IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| NOTTINGHAM CONSTRUCTION COMPANY, L.L.C. | § § § | PLAINTIFF |
| v. | § § | Civil Action No. 1:07CV1151-LG-RHW |
| CITY OF WAVELAND, MISSISSIPPI | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [4] filed by the City of Waveland, the Court, after a full review and consideration of Waveland's Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the plaintiff's claims are hereby dismissed with prejudice. Any remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 5th day of March, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE